The Chase National Bank of the City of New York, Respondent, v. Mary Turner and Others, Defendants, Impleaded with Kathleen N. O'Donnell Candee, Formerly Known as Kathleen N. O'Donnell Hart (Sometimes Known as Kathleen N. Hart), and Kathleen N. O'Donnell Candee, Formerly Known

as KATHLEEN N. O'DONNELL HART, as Executrix, etc., of WILLIAM F. S. HART, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.